**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:12-cv-00245 (BAH) |
| CENTRAL INTELLIGENCE AGENCY | * | |
| *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL NOTICE OF DESIGNATION OF RELATED CASES

When filing this action on 14 February 2012, Plaintiffs filed a Notice of Designation of

Related Civil Cases Pending in This or Any Other United States Court, indicating that this case

related to *Muttitt v. U.S. Central Command*, No. 10-202 (BAH), and *National Security*

*Counselors v. CIA*, No. 11-445 (BAH), because it involves common issues of fact.  In response

to the Court's 21 February 2012 Minute Order directing the parties to explain why this case is

related to those two cases, Plaintiffs respectfully submit this Supplemental Notice.

This action consists of three pattern or practice challenges against multiple agencies,

including the Department of the Treasury ("Treasury") and the Central Intelligence Agency

("CIA"), regarding their practices of not providing estimated dates of completion to requesters in

violation of 5 U.S.C. § 552(a)(7)(B).  Counts 25 and 26 of *Muttitt* were identical pattern or

practice challenges against the Department of State ("State") and Treasury.  On 28 September

2011, this Court held that such a practice, if proven, would constitute a violation of FOIA,

although it dismissed the case against Treasury, stating that one isolated incident was insufficient

to support a pattern or practice claim.  Beyond the fact that the instant case alleges comparable

practices at several different agencies, Treasury again numbers among the Defendants because of its contribution to the problems discussed in Count 3, this time with more numerous allegations of failures to abide by 5 U.S.C. § 552(a)(7)(B).

The instant case is also related to *National Security Counselors* for similar reasons. Count 15 of *National Security Counselors* is a pattern or practice challenge to CIA's practice of refusing to provide estimated dates of completion to requesters in violation of 5 U.S.C. § 552(a)(7)(B), including a specific challenge to CIA's position that it is only required to provide estimated dates of completion for *requests*, not for *appeals*. Counts 2 and 3 of the instant case challenge another aspect of this overlying CIA practice, namely, its position that it does not have to provide estimated dates of completion for requests submitted to other agencies that have been referred to it for consultation, thereby rendering the original agencies incapable of providing estimated dates of completion to the requesters. Moreover, National Security Counselors is the co-plaintiff in the instant case which brings this pattern or practice challenge, because it is National Security Counselors which has been repeatedly denied the estimated dates of completion to which it is entitled under FOIA.

Because no attorney has entered a Notice of Appearance for Defendants, the undersigned has not consulted with Defendants' counsel regarding this Notice.

Date:   February 21, 2012

Respectfully submitted,


  /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar #984704
National Security Counselors
1200 South Courthouse Road
Suite 124
Arlington, VA  22204
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

3