**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JASON LEOPOLD, et al., | ) |
| Plaintiffs, | ) ) ) ) ) |
| v. | ) Civil Action No. 12-0245(BAH) |
| CENTRAL INTELLIGENCE AGENCY, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

DEFENDANTS' NOTICE OF FILING

Pursuant to this Court's Order dated July 13, 2012, defendants hereby refile the first three attachments to defendants' filing at Docket No. 14 – the Declaration of David M. Hardy, Second Declaration of David M. Hardy, and the Exhibits to the Second Hardy Declaration - in redacted form. These three attachments have certain information redacted from them. Pursuant to Local Rule 5.4(f), a social security number and date of birth was redacted. At plaintiffs' request, defendants also redacted the name of an individual who sought records on herself from the FBI.

                          Respectfully submitted,

                          RONALD C. MACHEN JR. D.C. BAR # 447889
                          United States Attorney

                          DANIEL F. VAN HORN, D.C. BAR # 924092
                          Acting Civil Chief

/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226