**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD, *et al.*, | *<br>* |
| Plaintiffs, | *<br>* |
| v. | *<br>*<br>*  Civil Action No. 1:12-cv-00245 (BAH) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | *<br>*<br>* |
| Defendants. | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF VOLUNTARY DISMISSAL**

In light of the fact that the three primary agencies involved in this case have reversed their previous positions and promulgated estimated date of completion policies consistent with FOIA, coupled with the fact that Plaintiffs have received estimated dates of completion for all requests in consultation that were the subject of Counts Two and Three, Plaintiffs hereby voluntarily dismiss this case in its entirety.  Without conceding the validity of the government's arguments regarding Defendants Central Intelligence Agency, Department of Defense, Department of Energy, and Department of the Treasury, Plaintiffs have determined that the remaining issues in controversy do not warrant any further expenditure of the parties' or the Court's time and effort at this time.  Therefore, the dismissal of those parties should not be construed by the Court as anything but a logistical reallocation of limited litigation resources.

Plaintiffs expect to enter into negotiations with Defendants in the near future regarding costs and attorneys' fees.  Should the parties be unable to reach an agreement on this matter, Plaintiffs will file an appropriate fee petition with the Court.

Date:   July 25, 2012

                                            Respectfully submitted,

                                             /s/ Kelly B. McClanahan  
                                            Kelly B. McClanahan, Esq.  
                                            DC Bar #984704  
                                            National Security Counselors  
                                            1200 South Courthouse Road  
                                            Suite 124  
                                            Arlington, VA  22204  
                                            301-728-5908  
                                            240-681-2189 fax  
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Plaintiffs*