## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, <u>et al.</u>,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>  <u>et al.</u>,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 12-0245(BAH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION, SETTLEMENT AGREEMENT AND RELEASE

Plaintiffs Jason Leopold and National Security Counselors ("Plaintiffs") and Defendants Federal Bureau of Investigation ("FBI"), National Archives Records Administration ("NARA"), and Office of the Director of National Intelligence ("ODNI"), ("Defendants"), by and through their undersigned counsel, hereby enter into this Settlement Agreement as follows:

1.   Defendants FBI, NARA and ODNI each agree to pay Plaintiffs $736.33, for a total sum of $2208.99, in full and complete satisfaction for any and all attorneys' fees and costs associated with this action.

2.   Upon the execution of this Settlement Agreement, Plaintiffs hereby release and forever discharge all Defendants and their successors, the CIA, the Department of Defense, the Department of the Energy, the FBI, the Department of the Treasury, NARA, and ODNI, and any officers, employees, agents, successors, or assigns of the same agencies, from any and all

claims and causes of action that Plaintiffs asserted or could
have asserted in this litigation, or which hereinafter could be
asserted by reason of, or with respect to, or in connection with,
or which arise out of, the FOIA requests on which this action is
based or any other matter alleged in the Complaint, including any
claim for attorneys' fees and costs, except as noted hereafter.
This paragraph does not deprive Plaintiffs or other parties of
the ability to file suit to compel any Defendant to produce
records under the FOIA in response to any of the FOIA requests on
which this action is based, although Defendants do not waive
their right to assert any and all defenses to such suit that are
not based on this stipulation.

3.   The parties acknowledge that this Settlement Agreement
is entered solely for the purpose of settling and compromising
any remaining claims in this action without further litigation,
and it shall not be construed as evidence or as an admission on
the part of Defendants, the CIA, the Department of Defense, the
Department of the Energy, the FBI, the Department of the
Treasury, NARA, and ODNI, their agents, or their employees
regarding any issue of law or fact, or regarding the truth or
validity of any allegation or claim raised in this action.  This
Settlement Agreement shall not be used in any manner other than
for the purposes stated herein.

4.   This Settlement Agreement is binding upon and inures to

the benefit of the parties hereto and their respective successors and assigns.

5.   This Settlement Agreement may be executed in counterparts, and is effective on the date by which both parties have executed the Agreement.

SO STIPULATED AND AGREED this 28th day of September 2012.

Respectfully submitted,

_____
KELLY B. McCLANAHAN, ESQ.
D.C. BAR # 984704
National Security Counselors
1200 S. Courthouse Rd.
Suite 124
Arlington, VA 22204
(301) 728-5908
(240) 681-2189 (fax)

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney for D.C.

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

_____
MARINA UTGOFF BRASWELL
D.C. BAR #416587
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Div.
Washington, D.C. 20530
(202) 514-7226
(202) 514-8780 (fax)

Counsel for Plaintiffs          Counsel for Defendants

SO ORDERED on this _____ day of _____,
2012.

_____
HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE