UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:12-cv-00245 (BAH) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SETTLEMENT**

In accordance with the Court's standing order, Plaintiffs' counsel hereby notifies the Court that the parties have reached a settlement regarding costs and attorneys' fees, the stipulation of which was filed with the Court on 28 September 2012 as Dkt. #18. However, the government will not begin processing the payment it has agreed to make to Plaintiffs—a time-consuming process, according to government counsel—until the Court formally approves the settlement agreement. On 3 October 2012, upon learning that the government was not processing the payment, the undersigned requested by email the government's consent to file something with the Court requesting approval of the stipulated settlement, and government counsel suggested instead that the two make a joint telephone call to chambers. Government counsel has refused to respond to any of the undersigned's numerous subsequent emails and phone calls attempting to coordinate such a joint telephone call, necessitating the filing of this Notice after a week of attempting to reach government counsel.

In recognition of the government's consistent delays on the matter of costs and attorneys' fees for a case which was resolved over two months ago, Plaintiffs request that the Court approve

the stipulated settlement as soon as possible and further order the government to make payment of the stipulated amount within seven days.  Plaintiffs' counsel prosecuted this case *pro bono* and has a right to be promptly compensated for the work he undertook to force compliance with the statutory requirements of the Freedom of Information Act, with which the government complied only after numerous refusals both before and after commencement of this action.

The undersigned attempted to contact government counsel before filing this Notice, but as described above, government counsel will not respond to his messages.

Date:   October 11, 2012

                                            Respectfully submitted,

                                             /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.
                                            DC Bar #984704
                                            National Security Counselors
                                            1200 South Courthouse Road
                                            Suite 124
                                            Arlington, VA  22204
                                            301-728-5908
                                            240-681-2189 fax
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Plaintiffs*