**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JASON LEOPOLD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 12-0245(BAH) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff has filed a "Notice of Settlement" in violation of Fed. R. Civ. P. 7(b) and Local Rule 7(m), which also contains misrepresentations about communications between the parties.[1]

In short, plaintiff's "notice" seeks an order from this Court requiring payment to be made under the settlement entered by the parties, but not yet signed by the Court, within seven days. Plaintiff failed to seek this relief by motion, as required under Fed. R. Civ. P. 7(b), and failed to confer with defense counsel with respect to the relief sought, as required by Local Rule 7(m).

Plaintiff bases his request for expedited payment on his claim that the government engaged in "consistent delays on the

---

[1] Plaintiff did not send "numerous subsequent emails" to defense counsel; he sent one. Defense counsel only received two telephone messages from plaintiff's counsel – one yesterday and one today at 3:47 pm, stating that defense counsel had until the "end of the day" to get back to him, but plaintiff filed his "Notice" at 4:55 pm.

matter of costs and attorneys' fees . . . ."  This claim is without basis.  Indeed, during negotiations on this matter lead defense counsel even informed plaintiff's counsel that she would work on this issue during her vacation.  Given the number of defendants in this case, coordination on the issue of settlement was understandably time-consuming.  There is simply no basis for entering an order requiring the government to issue a payment within seven days.

 The government stands ready to initiate processing payment under the settlement promptly after it has been entered by this Court.

>Respectfully submitted,
>
>RONALD C. MACHEN JR. D.C. BAR # 447889
>United States Attorney
>
>DANIEL F. VAN HORN, D.C. BAR # 924092
>Chief, Civil Division
>
>/s/ *Marina Utgoff Braswell*
>MARINA UTGOFF BRASWELL, D.C. BAR #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>555 4th Street, N.W. - Civil Division
>Washington, D.C. 20530
>(202) 514-7226
>Marina.Braswell@usdoj.gov