UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 12 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JASON LEOPOLD, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 12-0245(BAH)
)
CENTRAL INTELLIGENCE AGENCY, )
et al., )
)
)
Defendants. )
)

## STIPULATION, SETTLEMENT AGREEMENT AND RELEASE

Plaintiffs Jason Leopold and National Security Counselors ("Plaintiffs") and Defendants Federal Bureau of Investigation ("FBI"), National Archives Records Administration ("NARA"), and Office of the Director of National Intelligence ("ODNI"), ("Defendants"), by and through their undersigned counsel, hereby enter into this Settlement Agreement as follows:

1. Defendants FBI, NARA and ODNI each agree to pay Plaintiffs $736.33, for a total sum of $2208.99, in full and complete satisfaction for any and all attorneys' fees and costs associated with this action.

2. Upon the execution of this Settlement Agreement, Plaintiffs hereby release and forever discharge all Defendants and their successors, the CIA, the Department of Defense, the Department of the Energy, the FBI, the Department of the Treasury, NARA, and ODNI, and any officers, employees, agents, successors, or assigns of the same agencies, from any and all

claims and causes of action that Plaintiffs asserted or could have asserted in this litigation, or which hereinafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, the FOIA requests on which this action is based or any other matter alleged in the Complaint, including any claim for attorneys' fees and costs, except as noted hereafter. This paragraph does not deprive Plaintiffs or other parties of the ability to file suit to compel any Defendant to produce records under the FOIA in response to any of the FOIA requests on which this action is based, although Defendants do not waive their right to assert any and all defenses to such suit that are not based on this stipulation.

3. The parties acknowledge that this Settlement Agreement is entered solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission on the part of Defendants, the CIA, the Department of Defense, the Department of the Energy, the FBI, the Department of the Treasury, NARA, and ODNI, their agents, or their employees regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action. This Settlement Agreement shall not be used in any manner other than for the purposes stated herein.

4. This Settlement Agreement is binding upon and inures to

the benefit of the parties hereto and their respective successors and assigns.

5. This Settlement Agreement may be executed in counterparts, and is effective on the date by which both parties have executed the Agreement.

SO STIPULATED AND AGREED this _____ day of _____ 2012.

Respectfully submitted,

_____
KELLY B. McCLANAHAN, ESQ.
D.C. BAR # 984704
National Security Counselors
1200 S. Courthouse Rd.
Suite 124
Arlington, VA 22204
(301) 728-5908
(240) 681-2189 (fax)

_____
RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney for D.C.

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

_____
MARINA UTGOFF BRASWELL
D.C. BAR #416587
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Div.
Washington, D.C. 20530
(202) 514-7226
(202) 514-8780 (fax)

Counsel for Plaintiffs          Counsel for Defendants


SO ORDERED on this ___12th___ day of ___October___, 2012.

_____
HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE